# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Hykeem Earl Gaymon            Docket No. 7:11-CR-27-1BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hykeem Earl Gaymon, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 23, 2011, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. While on supervised release, the defendant shall not take part in any gang activity or associate with any gang member.

Hykeem Earl Gaymon was released from custody on January 18, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Gaymon reported to the probation office on January 22, 2013, for his initial appointment following release. He submitted to urine testing and the result of the sample tested was positive for marijuana. Gaymon admitted smoking marijuana on January 19, 2013, to celebrate his release from prison.

Furthermore, on February 11, 2013, Gaymon came to the probation office and reported he was charged on February 9, 2013, with Driving While License Revoked by Wilmington Police. Gaymon does not currently possess a N.C. Driver's License. This charge remains pending disposition on May 13, 2013.

Based on this noncompliant behavior immediately following release, it is recommended the conditions of supervision be modified to require Gaymon to participate in substance treatment and testing, as well as Cognitive Behavioral Therapy. The defendant signed a Waiver of Hearing agreeing to the proposed conditions of supervision.

Hykeem Earl Gaymon
Docket No. 7:11-CR-27-1BO
Petition For Action
Page 2

 

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: February 28, 2013 |

### ORDER OF COURT

Considered and ordered this __1__ day of __March__, 2013, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge